# IN THE SUPREME COURT OF THE STATE OF NEVADA

BURHAN CULCULOGLU,
                    Appellant,
            vs.
MICHELLE L. CULCULOGLU,
                    Respondent.

No. 76796

**FILED**

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a post-judgment district court order declaring appellant to be a vexatious litigant regarding requests to disqualify district court judges and awarding respondent attorney fees. Eighth Judicial District Court, Family Court Division, Clark County; Bryce C. Duckworth, Judge.

When initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the challenged order is not substantively appealable. *See Peck v. Crouser*, 129 Nev. 120, 124, 295 P.3d 586, 588 (2013) (holding that "post-judgment vexatious litigant orders may only be challenged by filing an original petition for writ relief pursuant to NRS Chapter 34").

In response, appellant seems to assert that this court has jurisdiction to consider this appeal under *Peck*. But appellant also acknowledges *Peck's* holding that post-judgment vexatious litigant orders

are properly challenged via a writ. Appellant states he has no objection to dismissal of this appeal if this court "prefers that he file a writ."

This court lacks jurisdiction over this appeal from a post-judgment order declaring appellant to be a vexatious litigant. *Id.* Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

cc:     Hon. Bryce C. Duckworth, District Judge, Family Court Division
        Robert E. Gaston, Settlement Judge
        Schwab Law Firm PLLC
        Dempsey Roberts & Smith, Ltd.
        Eighth District Court Clerk

---

[1]This dismissal is without prejudice to appellant's ability to file an original petition for an appropriate writ pursuant to NRS Chapter 34.